United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 20, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-51222
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEVEN FLOREZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:06-CR-527-ALL
--------------------

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Steven Florez has moved
for leave to withdraw and has filed a brief in accordance with
Anders v. California, 386 U.S. 738 (1967).  Florez has filed a
response and a motion for a writ of coram nobis.  The motion for
writ of coram nobis is DENIED.  Our independent review of the
record, counsel's brief, and Florez's response discloses no
nonfrivolous issue for appeal.  The record is insufficiently
developed to allow consideration at this time of Florez's claims
of ineffective assistance of counsel.  See United States v.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Cantwell, 470 F.3d 1087, 1091 (5th Cir. 2006).  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.